IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAMONE E. FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-730-GMS |
| | ) | |
| WARDEN THOMAS CARROLL and | ) | |
| A.G. CARL DANBERG, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, the plaintiff, Damone E. Flowers ("Flowers"), filed a civil rights action

pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on November 26, 2007, this court entered an order granting Flowers leave to

proceed *in forma pauperis* and requiring Flowers to complete and return an authorization form

within 30 days from the date the order was sent or the case would be dismissed (D.I.4);

WHEREAS, the time period has lapsed and to date, the authorization form has not been

received from Flowers;

THEREFORE, at Wilmington this 25th day of Feb , 2008, IT IS HEREBY

ORDERED that Flowers' complaint is DISMISSED WITHOUT PREJUDICE.

CHIEF, UNITED STATES DISTRICT JUDGE

**F I L E D**

FEB 2 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE